**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FRANCISCO MEJIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 18-296 |
| | § | |
| BIG LEAGUE ADVANCE FUND I, L.P., | § | |
| | § | |
| Defendant. | § | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Anthony G. Buzbee, Esquire, and Peter K. Taaffe, Esquire, to represent Plaintiff Francisco Mejia in the above-captioned action. Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Anthony G. Buzbee | |
| Texas Bar No. 24001820 | |
| tbuzbee@txattorneys.com | */s/ Richard A. DiLiberto, Jr.* |
| Peter K. Taaffe | Richard A. DiLiberto, Jr. (No. 2429) |
| Texas Bar No. 24003029 | rdiliberto@ycst.com |
| ptaaffe@txattorneys.com | Martin S. Lessner (No. 3109) |
| Crystal Del Toro | mlessner@ycst.com |
| cdeltoro@txattorneys.com | Rodney Square |
| Texas Bar No. 24090070 | 1000 North King Street |
| THE BUZBEE LAW FIRM | Wilmington, DE 19801 |
| JP Morgan Chase Tower | (302) 571-6600 |
| 600 Travis, Ste 7300 | |
| Houston, Texas 77002 | *Attorneys for Plaintiff Francisco Mejia* |

Dated: February 23, 2018

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Anthony G. Buzbee, Esquire, and Peter K. Taaffe, Esquire, is GRANTED.

Date: _____, 2018

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  February 21, 2018          */s/ Anthony G. Buzbee*
                                                 Anthony G. Buzbee
                                                 The Buzbee Law Firm
                                                 JP Morgan Chase Tower
                                                 600 Travis, Suite 7300
                                                 Houston, Texas 77002
                                                 Tel. (713) 223-5393
                                                 Fax. (713) 223-5909
                                                 tbuzbee@txattorneys.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar(s) of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated:  February 21, 2018            */s/ Peter K. Taaffe*_____
                                                 Peter K. Taaffe
                                                 The Buzbee Law Firm
                                                 JP Morgan Chase Tower
                                                 600 Travis, Suite 7300
                                                 Houston, Texas 77002
                                                 Tel. (713) 223-5393
                                                 Fax. (713) 223-5909
                                                 ptaaffe@txattorneys.com