## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FRANCISCO MEJIA,                          )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )    C.A. No. 18-296-RGA
                                          )
BIG LEAGUE ADVANCE FUND I, L.P.,          )
                                          )
                    Defendant.            )

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Francisco Mejia

("Mejia") and Defendant Big League Advance Fund I, L.P. ("BLA"), do hereby stipulate and

agree that all claims and counterclaims in this action are dismissed with prejudice. With the

exception of the portion of BLA's attorneys' fees Mejia has agreed to pay BLA to resolve its

counterclaims against Mejia, each party shall bear its own costs, expenses, and attorneys' fees.


*Of Counsel:*

Anthony G. Buzbee
Texas Bar No. 24001820
tbuzbee@txattorneys.com
Peter K. Taaffe
Texas Bar No. 24003029
ptaaffe@txattorneys.com
Crystal Del Toro
cdeltoro@txattorneys.com
Texas Bar No. 24090070
THE BUZBEE LAW FIRM
JP Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Pilar G. Kraman*
Richard A. DiLiberto, Jr. (#2429)
Martin S. Lessner (#3109)
Pilar G. Kraman (#5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
rdiliberto@ycst.com
mlessner@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiff for the limited and*
*exclusive purpose of filing this Stipulation and*
*Proposed Order.*

{01360044;v1 }

*Of Counsel:*

Marc Zwillinger
Jeffrey Landis
Nury Siekkinen
ZWILLGEN PLLC
1900 M St. NW, Ste. 250
Washington, DC 20036
(202) 706-5203
marc@zwillgen.com
jeff@zwillgen.com
nury@zwillgen.com

ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
Philip Trainer, Jr. (#2788)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
ptrainer@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Defendant*

Dated: August 31, 2018

Dated: August 31, 2018

**SO ORDERED:**

United States District Court Judge

{01360044;v1 }